1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

11
   ODYSSEY WIRELESS, INC.,                    CASE NO. 15-CV-1735-H (RBB)
12
                             Plaintiff,       **ORDER GRANTING MOTION
13                                            TO COMPEL**

   vs.                                        **[Doc. No. 129.]**
14

15 APPLE INC.,

16                           Defendant.

17

18 ODYSSEY WIRELESS, INC.,                    CASE NO. 15-CV-1738-H (RBB)

19                           Plaintiff,       **ORDER GRANTING MOTION
                                              TO COMPEL**
20 vs.
                                              **[Doc. No. 137.]**
21
   SAMSUNG ELECTRONICS CO.,
22 LTD.; and SAMSUNG
   ELECTRONICS AMERICA, INC.,
23
                           Defendants.
24

25 ODYSSEY WIRELESS, INC.,                    CASE NO. 15-CV-1741-H (RBB)

26                           Plaintiff,       **ORDER GRANTING MOTION
                                              TO COMPEL**
27 vs.
                                              **[Doc. No. 116.]**
28

1    MOTOROLA MOBILITY LLC,

2                                        Defendant.

3

4    ODYSSEY WIRELESS, INC.,                     CASE NO. 15-CV-1743-H (RBB)

5                                    Plaintiff,   **ORDER GRANTING MOTION TO COMPEL**

6         vs.                                     **[Doc. No. 118.]**

7
     LG ELECTRONICS U.S.A., INC.; LG
8    ELECTRONICS INC.; and LG
     ELECTRONICS MOBILECOMM
9    U.S.A., INC.,

10                                       Defendants.

11
            On November 2, 2015, the Defendants in the above four actions each filed a
12
     motion to compel answers to interrogatories.  (Doc. No. 129 in 15-cv-1735; Doc. No.
13
     137 in 15-cv-1738; Doc. No. 116 in 15-cv-1741; Doc. No. 118 in 15-cv-1743.)  The
14
     Court held a telephonic hearing on the matter on Friday, December 4, 2015.  John B.
15
     Campbell appeared for Odyssey Wireless.  Benjamin G. Damstedt and Timothy S. Teter
16
     appeared for Apple.  Evan M. McLean and Steven L. Park appeared for Samsung.  Amr
17
     O. Aly and Jeong Ah Joy Lee appeared for Motorola.  Donald G. Rez and Brian A.
18
     Tollefson appeared for LG.
19
            For the reasons discussed at the hearing, the Court grants Defendants' motions
20
     to compel.  Within 30 days from the date this order is filed, Odyssey Wireless must
21
     provide a substantive response to Defendants' Common Interrogatory No. 4 and a
22
     ///
23
     ////
24
     ///
25

26

27

28

1   substantive response to Defendants' Common Interrogatory No. 6, except that the

2   response need not be in claim chart form.

3       **IT IS SO ORDERED.**

4   DATED: December 4, 2015

5

6       _____
        MARILYN L. HUFF, District Judge
7       UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28