COOLEY LLP
TIMOTHY S. TETER (171451)
(teterts@cooley.com)
BENJAMIN G. DAMSTEDT (230311)
(bdamstedt@cooley.com)
LOWELL D. MEAD (223989)
(lmead@cooley.com)
PRIYA VISWANATH (238089)
(pviswanath@cooley.com)
DENA CHEN (286452)
(dchen@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Tel: 650-843-5000
Fax: 650-849-7400

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

| ODYSSEY WIRELESS, INC., | Case No. 3:15-CV-01735-H-RBB |
|---|---|
| Plaintiff, | **DECLARATION OF BENJAMIN G. DAMSTEDT IN SUPPORT OF DEFENDANTS' OPENING CLAIM CONSTRUCTION BRIEF** |
| v. | |
| APPLE INC., | Date:  March 29, 2016 |
| Defendant. | Time:  9:00 a.m.<br>Ctrm:  15A<br>Judge: Hon. Marilyn Huff |
| ODYSSEY WIRELESS, INC., | Case No. 3:15-cv-01738-H-RBB |
| Plaintiff, | |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD, et al., | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | ODYSSEY WIRELESS, INC., | Case No. 3:15-cv-01741-H-RBB |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | MOTOROLA MOBILITY LLC, | |
| 5 | | |
| | Defendant. | |
| 6 | ODYSSEY WIRELESS, INC., | Case No. 3:15-cv-01743-H-RBB |
| 7 | Plaintiff, | |
| 8 | v. | |
| 9 | LG ELECTRONICS, INC., et al., | |
| 10 | | |
| 11 | Defendants. | |

I, Benjamin G. Damstedt, hereby declare:

1. I am an attorney with Cooley LLP, counsel of record in this case for Defendant Apple Inc. I am admitted to practice law in the state of California and before this Court. The facts stated herein are true and of my own personal knowledge and, if called to testify, I could and would testify to those facts.

2. I submit this declaration in support of Defendants' Opening Claim Construction Brief.

3. Exhibit 1 is a true and correct copy of U.S. Patent No. 7,881,393 (issued Feb. 1, 2011).

4. Exhibit 2 is a true and correct copy of U.S. Patent No. 8,199,837 (issued June 12, 2012).

5. Exhibit 3 is a true and correct copy of U.S. Patent No. 8,576,940 (issued Nov. 5, 2013).

6. Exhibit 4 is a true and correct copy of U.S. Patent No. 8,660,169 (issued Feb. 25, 2014).

7. Exhibit 5 is a true and correct copy of U.S. Patent No. 8,855,230 (issued Oct. 7, 2014).

8. Exhibit 6 is a true and correct copy of U.S. Patent No. 8,879,606 (issued Nov. 4, 2014).

9. Exhibit 7 is a true and correct copy of excerpts from the file history of U.S. Patent No. 7,881,393.

10. Exhibit 8 is a true and correct copy of excerpts from the file history of U.S. Patent No. 8,199,837.

11. Exhibit 9 is a true and correct copy of excerpts from the file history of U.S. Patent No. 8,576,940.

12. Exhibit 10 is a true and correct copy of excerpts from the file history of U.S. Patent No. 8,660,169.

13. Exhibit 11 is a true and correct copy of excerpts from the file history

of U.S. Patent No. 8,855,230.

14.     Exhibit 12 is a true and correct copy of excerpts from the file history of U.S. Patent No. 8,879,606.

15.     Exhibit 13 is a true and correct copy of excerpts from the file history of U.S. Application No. 11/720,115, which issued as U.S. Patent No. 8,050,337.

16.     Exhibit 14 is a true and correct copy of excerpts from the file history of U.S. Application No. 12/372,354, which issued as U.S. Patent No. 7,876,845.

17.     Exhibit 15 is a true and correct copy of excerpts from Response of EICES Research, Inc. to: Air Force Topic AF131-049 of SBIR Program Solicitation FY 13.1.

18.     Exhibit 16 is a true and correct copy of excerpts from EICES Research, Inc., Robust Communications for Low Probability of Intercept (LPI), Low Probability of Detection (LPD) and Low Probability of Exploitation (LPE) of Communications Information, Proposal No. D052-019-0085.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 25, 2016         */s/ Benjamin G. Damstedt*
                                  Benjamin G. Damstedt

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served on February 25, 2016, with a copy of this document via the Court's CM/ECF system per Local Rules.  Any other counsel will be served by electronic means, facsimile, overnight delivery and/or first class mail on this date.

By: */s/ Timothy S. Teter*

128121547