# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO DIVISION

| | |
|---|---|
| ODYSSEY WIRELESS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>             Defendant. | Case No.  3:15-CV-01735-H-RBB<br><br>**ORDER PERMITTING ENTRY AND USE OF LAPTOP COMPUTERS FOR MARCH 29, 2016 CLAIM CONSTRUCTION HEARING**<br><br>Date:   March 29, 2016<br>Time:   9:00 a.m.<br>Judge:  Hon. Marilyn Huff |
| ODYSSEY WIRELESS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>SAMSUNG ELECTRONICS CO., LTD, et al.,<br><br>             Defendants. | Case No.  3:15-cv-01738-H-RBB |
| ODYSSEY WIRELESS, INC.,<br><br>             Plaintiff,<br><br>     v.<br><br>MOTOROLA MOBILITY LLC,<br><br>             Defendant. | Case No.  3:15-cv-01741-H-RBB |

| | |
|---|---|
| ODYSSEY WIRELESS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br><br>Defendants. | Case No.  3:15-cv-01743-H-RBB |

The Court hereby **GRANTS** Defendants permission to bring laptop computers and related equipment (*e.g.*, adapters and extension cords) into the courtroom on March 29, 2016 and to use such equipment during the claim construction hearing.

**IT IS SO ORDERED**.

Dated: March 25, 2016

_____
Hon. Marilyn L. Huff
United States District Judge