# EXHIBIT B

# EXHIBIT B – APPLE'S WITNESS LIST

Pursuant to the Scheduling Order (Dkt. 111), the Civil Local Rules (Civ. L.R. 16.1.f.2.c), and the Federal Rules (Rule 26(a)(3)(i)), Apple hereby provides the names and addresses of its prospective witnesses, except impeaching witnesses, and, in the case of expert witnesses, a brief narrative statement of qualifications of such witness and the substance of the testimony which such witness is expected to give. Apple also reserves the right to call any witness on Plaintiff's list.

## WILL CALL WITNESSES

| Name | Address |
| --- | --- |
| Anthony Acampora, Ph.D. | University of California, San Diego<br>Dept. of Electrical and Computer Engineering and Center for Wireless Communications Engineering Building Unit One<br>MC 0409, Room 6606<br>9500 Gilman Drive<br>La Jolla, CA 92093-0409<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Carl Andren | 906 South Ramona Ave.<br>Indialantic, FL 32903 |
| Frank Casanova | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |

| Name | Address |
|---|---|
| Benjamin Goldberg, Ph.D. | Courant Institute of Mathematical Sciences<br>Department of Computer Science<br>New York University<br>251 Mercer Street<br>New York, New York 10012<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Dominique Hanssens, Ph.D. | Professor of Marketing<br>UCLA Anderson School of Management<br>110 Westwood Plaza, Suite B417<br>Los Angeles, California 90095<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Matthew Lynde, Ph.D. | Senior Vice President<br>Cornerstone Research<br>Two Embarcadero Center, 20th Floor<br>San Francisco, California 94111<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Heather Mewes | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Hyung Myung, Ph.D. | QUALCOMM Inc.<br>5775 Morehouse Drive<br>San Diego, CA<br>c/o David Kays<br>Morgan Franich Fredkin Siamas & Kays LLP<br>333 W. San Carlos Street<br>Suite 1050, San Jose, CA 95110 |

| Name | Address |
|---|---|
| Sachin Sane | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |

## MAY CALL WITNESSES

| Name | Address |
|---|---|
| Sami Almalfouh | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Supriya Gujral | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Michael Jaynes | Apple Inc.<br>1 Infinite Loop<br>Cupertino, CA 95014<br>c/o Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304 |
| Peter Karabinis, Ph.D. | Odyssey Wireless, Inc.<br>c/o McKool Smith |

| Name | Address |
|---|---|
| Robert Love | Motorola
c/o Amr Aly
Mayer Brown
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2304 |

## EXPERT NARRATIVES

**Dr. Anthony Acampora**: A description of Dr. Acampora's qualifications and the substance of the testimony he is expected to give can be found in his June 30 and July 27, 2016 reports in this case, as well as his deposition.

In brief, from 1988 to the present, Dr. Acampora has worked as a Professor and Professor Emeritus of Electrical Engineering and Director of telecommunications institutes at Columbia University and at the University of California, San Diego. Dr. Acampora worked from June 1968 through September 1988 at AT&T Bell Laboratories in various engineering, research, and managerial positions, all in the general area of telecommunications. Dr. Acampora has a Bachelor of Science, Master of Science, and Doctor of Philosophy degrees, all in Electrical Engineering.

Dr. Acampora is expected to give testimony regarding the invalidity of the asserted claims, including testimony addressing the failure of the patents-in-suit to teach the asserted claims, the state of the prior art before Odyssey's alleged invention, anticipation, obviousness including secondary considerations, Odyssey's alleged invention date, and Odyssey's claim of priority to the July 2005 provisional application. Dr. Acampora is also expected to provide testimony responding to Dr. Chiang's infringement analysis, including testimony regarding the accused portions of the LTE standard relating to the LTE uplink, the operation of the accused products, and Dr. Chiang's failure to present consistent validity and infringement

1  theories.  Dr. Acampora is also expected to provide testimony rebutting Dr.
2  Chiang's damages-related opinions regarding the alleged benefits of the asserted
3  claims over the prior art and in light of noninfringing alternatives.  Dr. Acampora is
4  expected to provide testimony regarding the patents provided in certain licenses
5  entered into by Apple.  Dr. Acampora is further expected to provide a technology
6  tutorial and testimony regarding the patents-in-suit.

7  **Dr. Benjamin Goldberg**:  A description of Dr. Goldberg's qualifications and
8  the substance of the testimony he is expected to give can be found in his July 27,
9  2016 report in this case, as well as his deposition.

10  In brief, from 1994 to the present, Dr. Goldberg has been a tenured Associate
11  Professor in the Department of Computer Science.  From 1987 to 1994, he was an
12  Assistant Professor in the Department of Computer Science at New York
13  University.  He has a Bachelor of Arts degree in Mathematical Sciences, Master of
14  Science and Master of Philosophy degrees in Computer Science, and a Doctoral
15  degree in Computer Science.

16  Dr. Goldberg is expected to give testimony regarding the operation of the
17  accused Apple products, including a source code evaluation and a MATLAB
18  simulation of the LTE uplink.

19  **Dr. Dominique Hanssens**:  A description of Dr. Hanssen's qualifications
20  and the substance of the testimony he is expected to give can be found in his July
21  27, 2016 report in this case, as well as his deposition.

22  In brief, Dr. Hanssens is a Research Professor of Marketing at the UCLA
23  School of Management, where he has served on the faculty since 1977.  He has
24  consulted and performed research on a variety of marketing and survey-related
25  topics.  He received Ph.D. and M.S. degrees in Management from Purdue
26  University and a Licentiate from the University of Antwerp in Applied Economics.

27  Dr. Hanssens is expected to give testimony regarding the flaws in the
28  opinions offered by Odyssey's expert Dr. Scott Savage, including the unrealistic

1   and unfounded assumptions in Savage's analysis, the lack of robust, reliable results,
2   Savage's failure to present real-world decisions to the respondents, the inability of
3   the survey respondents to understand the upload speed metrics being analyzed, and
4   the failure to account for the many unaccused features in the accused products,
5   among many other problems with the Savage analysis.  Dr. Hanssens is also
6   expected to give testimony regarding his surveys, including the knowledge survey
7   and the performance survey.  Dr. Hanssens is further expected to give testimony
8   rebutting the opinions of Odyssey's expert Mr. Bradford Armstrong, including
9   testifying regarding Mr. Armstrong's failure to follow a scientific method, to
10  separate download and upload speeds, and to examine the impact of carriers, as
11  well as Mr. Armstrong's misinterpretation of the consumer survey data.

12  **Dr. Matthew Lynde**:  A description of Dr. Lynde's qualifications and the
13  substance of the testimony he is expected to give can be found in his July 27, 2016
14  report in this case, as well as his deposition.

15  In brief, Dr. Lynde is a Senior Vice President of Cornerstone Research, an
16  economic and financial consulting firm.  He has more than 35 years of experience
17  as a practicing applied economist in academia, government, and business.  He
18  received his Ph.D. from Berkeley, addressing research regarding an empirical,
19  econometric investigation of the impact of technological innovation on international
20  competition.

21  Dr. Lynde is expected to give testimony responding to the damages opinions
22  offered by Odyssey's expert Roy Weinstein, including Mr. Weinstein's improper
23  estimation of the value of LTE, his inappropriate comparison between 3G and 4G,
24  his mistaken assumptions regarding the contribution of standard-essential patents
25  (SEPs) to the value of smartphones, his improper use of a 10/84 multiplier, his
26  failure to account for the differences between iPads and iPhones, his improper use
27  of willingness-to-pay as the basis for the hypothetical negotiation, his use of the
28  flawed Savage survey, his failure to properly analyze how the alleged calculations

1 would be divided in a hypothetical negotiation, and further modifications required
2 for any application of the Weinstein damages theories.  Dr. Lynde is also expected
3 to testify regarding an application of the Georgia-Pacific factors, certain Apple
4 license agreements that are comparable to the hypothetical negotiation in this case,
5 and a smallest-salable-unit analysis.

6 Apple reserves the right to call live, by video, or by deposition any witness
7 on this list or any of Plaintiff's witnesses.  Apple expressly reserves the right to
8 supplement, augment, or otherwise modify this list based on circumstances as they
9 may evolve prior to the commencement of trial.