# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ODYSSEY WIRELESS, INC.,<br><br>                         Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>                        Defendant. | Case No.: 15-cv-01735-H-RBB<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 395.] |

On October 28, 2016, the parties filed a joint motion pursuant to Federal Rule of Civil Procedure 41(a) to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, or counterclaims for relief against Plaintiff without prejudice, with all attorney's fees, costs of court and expenses borne by the party incurring same. (Doc. No. 395.) The Court, for good cause shown, grants the joint motion. The Court dismisses Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses, or counterclaims for relief against Plaintiff without

prejudice, with all attorney's fees, costs of court and expenses borne by the party incurring same.  The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: October 28, 2016

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT